1  George M. Kraw (SBN 71551)
   Katherine A. McDonough (SBN 241426)
2  Michael J. Korda (SBN 88572)
3  Jessica M. Alvarez (311575)
   Kraw Law Group, APC
4  605 Ellis Street, Suite 200
   Mountain View, CA 94043
5  Telephone: (650) 314-7800
   Facsimile: (650) 314-7899
6  gkraw@kraw.com
7  kmcdonough@kraw.com
   mkorda@kraw.com
8  jalvarez@kraw.com

9  Attorneys for Plaintiffs:
   Resilient Floor Covering Pension Fund, and
10 Board of Trustees of the Resilient Floor Covering Pension Fund

11                  **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**

13                  (SAN FRANCISCO / OAKLAND DIVISION)

14 RESILIENT FLOOR COVERING PENSION          CASE NO. 25-cv-00928-HSG
15 FUND,
                                             **STIPULATION FOR ENTRY OF JUDGMENT**
16          And,                             **AND ORDER**

17 BOARD OF TRUSTEES OF THE
   RESILIENT FLOOR COVERING PENSION
18 FUND,

19          Plaintiffs,

20          v.

21 DARRELL BROWN and DAVID BROWN,

22
            Defendants.
23

24

25      This Stipulation for Entry of Judgment in favor of Plaintiffs and against the Defendants, is

26 agreed to by and between Plaintiffs Resilient Floor Covering Pension Fund and Board of Trustees of

27 Resilient Floor Covering Pension Plan (collectively, "Plaintiffs") and Defendants David and Darrell

28 Brown (collectively, "Defendants") as follows:

WHEREAS, the Plaintiffs assessed Field Turf Construction Inc.'s ("Field Turf") withdrawal liability in the amount of $808,615.00, plus interest.

WHEREAS, the Plaintiffs thereafter sued TD Sports Group, LLC, ("TD Sports") as a successor of Field Turf, for withdrawal liability in RESILIENT FLOOR COVERING PENSION FUND, et. al. v. TD Sports Group, LLC, Case No. 4:22-cv-04649-HSG in the United States District Court for the Northern District of California. ("First Action").

WHEREAS, on February 12, 2025, the Honorable Judge Haywood Gilliam found that TD Sports was a successor of Field Turf, and therefore jointly and severally liable for Field Turf's withdrawal liability in the amount of $1,306,481.76, including interest and liquidated damages and entered Judgment accordingly in the First Action.

WHEREAS the Judgment against TD Sports Group, LLC in the First Action provided an additional time for the Plaintiffs to seek reasonable attorney's fees against TD Sports Group, LLC in the First Action.

WHEREAS, Plaintiffs now allege that Field Turf and all trades or business under common control with Field Turf are in default as defined by 29 U.S.C. § 1399 (c)(5). Plaintiffs further allege that because of Field Turf's default, Field Turf and all trades or businesses under common control with Field Turf are jointly and severally liable for the full amount of withdrawal liability.

WHEREAS, the Complaint in this matter (CASE NO. 25-cv-00928-HSG) (hereinafter the "Second Action") alleges that Defendants DARRELL BROWN ("Darrell") and DAVID BROWN ("David," collectively, "Defendants") are individuals and residents of California who owned real property and used it as the principal place of business for Field Turf;

WHEREAS, the Complaint in the Second Action alleges that Field Turf was a signatory or otherwise bound by a Collective Bargaining Agreement ("CBA") with District Council 16, of the International Union of Painters and Allied Trades (hereinafter referred to as "Union"), under which Field Turf agreed to accept and be bound by all the terms, provisions, and conditions of the CBA. The Plaintiffs allege that Field Turf and all trades or business under common control with Field Turf were obligated to pay withdrawal liability to the Pension Fund upon expiration of the CBA;

///

Docusign Envelope ID: DF8EDE85-49FE-4ABC-B895-8B29E5CB6BC8

WHEREAS, Plaintiffs allege in the Complaint in the Second Action that David and Darrell Brown operated an unincorporated real estate trade or business under common control with Field Turf.

WHEREAS, TD Sports in the First Action and Defendants in the Second Action entered into a Settlement Agreement whereby it is intended to settle the claims in the First Action and the Second Action in their entireties including Plaintiffs' request for attorneys' fees in the First Action;  A copy of the Settlement Agreement is attached hereto as Exhibit 1 ("Settlement Agreement").

WHEREAS, the Parties, by and through the Settlement Agreement, settled the claim for withdrawal liability alleged in the First Action and the Second Action for a single sum total of $1,650,000, to be paid by TD Sports, according to a Schedule of Payments therein, consisting of monthly installments;

WHEREAS as part of the Settlement Agreement, Defendants in the Second Action each agreed to Stipulate to Entry of Judgment against David and Darrell Brown individually, with the Stipulated Judgment to be filed only in the event that TD Sports fails to make a payment called for in the Settlement Agreement and does not cure the nonpayment within ten (10) days after receiving notice in accordance with the terms of the Settlement Agreement;

WHEREAS the Settlement Agreement between the parties provides that Stipulated Judgment shall be for $1,650,000, less the amount of all payments made and received under the Settlement Agreement

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the Parties that, upon the Plaintiffs filing of this Stipulation for Entry of Judgment along with a request for entry of Judgment and a declaration of one of the Plaintiffs' Trustees attesting that the Plaintiffs' records show TD Sports and/or the individual Defendants, have failed to make a payment called for in the Settlement Agreement and did not cure the nonpayment within ten (10) days, and detailing all payments made by TD Sports and/or Defendants, pursuant to the Settlement Agreement, this Court shall, no earlier than twenty-one (21) days after the filing of the Stipulation for Entry of Judgment, enter Judgment in favor of the Plaintiffs and against David and Darrell Brown in the amount of $1,650,000, less the amount of all payments made and received under the settlement agreement; and

///

1    IT IS FURTHER STIPULATED THAT Darrell and/or David Brown may, within fourteen (14)

2 days after the filing of this Stipulation for Entry of Judgment, file a response to the Trustee's declaration

3 if he believes there has been an error. The Plaintiffs may file a reply within seven (7) days thereafter.

4    THEREAFTER this Court shall retain jurisdiction to take any action necessary to enforce this

5 Stipulated Judgment including issuing an amended judgment to reflect the exact amount of the Judgment.

6    IT IS SO STIPULATED.

7 Dated: 5/20/2025                    TD SPORTS GROUP, LLC

8

9 By: _____
      2DA43944D11E42F...
10    *(Signature)*
      Tim Golden
      _____
11    *(Printed Name)*
      CEO
12    _____
      *(Title)*
13

14 Dated: 5/20/2025                    DARRELL BROWN

15

16 By: Darrell Brown _____
      A7FEDE2D4DEB414...
17    *(Signature)*

18 Dated: 5/20/2025                    DAVID BROWN

19

20 By _____
      97D34280C26F494...
      *(Signature)*

21

22 Dated: _____          RESILIENT FLOOR COVERING PENSION FUND,
                                        ET. AL
23

24                                      By: _____
                                           *(Signature)*
25
                                        _____
26                                         *(Printed Name)*
                                        _____
27                                          *(Title)*

28

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER - 4 -
CASE NO. 25-CV-00928-HSG

1    if he believes there has been an error. The Plaintiffs may file a reply within seven (7) days thereafter.

2         THEREAFTER this Court shall retain jurisdiction to take any action necessary to enforce this

3    Stipulated Judgment including issuing an amended judgment to reflect the exact amount of the Judgment.

4         IT IS SO STIPULATED.

5

6    Dated: _____          TD SPORTS GROUP, LLC

7

8                                        By:_____
                                            *(Signature)*

9                                        _____

10                                          *(Printed Name)*

11                                       _____

12                                          *(Title)*

13

14   Dated: _____          DARRELL BROWN

15

16                                       By:_____
                                            *(Signature)*

17   Dated: _____          DAVID BROWN

18

19                                       By:_____
20                                          *(Signature)*

21

22   Dated: _____          RESILIENT FLOOR COVERING PENSION FUND,
                                         ET. AL

23
                                         DocuSigned by:
24                                       By:_[Robert Williams]_____
                                             0D9AD26FD7DF4CE...
25                                          *(Signature)*

26                                       _____

27                                          *(Printed Name)*

28                                       _____
                                            *(Title)*

_____
                STIPULATION FOR ENTRY OF JUDGMENT AND ORDER - 4 -
                         CASE NO. 25-CV-00928-HSG

1

2  Dated: _____          RESILIENT FLOOR COVERING PENSION FUND,
3                                        ET. AL

4                                        Signed by:
                                         *Thomas R Cuddie*
5                                        By: _____32C82F75B9E1497..._____
                                         (*Signature*)
6
                                         _____
7                                          (*Printed Name*)

8                                        _____  _____
9                                          (*Title*)

10                                       **ORDER**

11        IT IS SO ORDERED that Judgment is entered against Defendants David Brown and Darrell
12  Brown as set forth in the Stipulation for Entry of Judgment.

13

14  DATED:          5/21/2025            *Haywood S. Gill Jr.*
15                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28